UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE TELFORD,<br>    Plaintiff, | )<br>)<br>) |
| v | )   **C.A. No.: 3:16-cv-00679-VLB** |
| | ) |
| CAPITAL ONE BANK,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.


Dated: August 8, 2017
                      */s/ Angela K. Troccoli*
                      Angela K. Troccoli, Esquire, ct28597
                      Kimmel & Silverman, P.C.
                      136 Main Street, Suite 301
                      Danielson, CT 06239
                      Direct Dial: (860) 866-4380
                      atroccoli@creditlaw.com

                      *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Angela K. Troccoli, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Zachary Grendi, Esquire
Pierre-Yves Kolakowski, Esquire
Zeichner Ellman & Krause LLP
35 Mason Street
Greenwich, CT 06830

*Attorneys for Defendant*

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire